Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

# UNITED STATES DISTRICT COURT
for the
__Southern__ District of __Mississippi__
__Northern__ Division



SOUTHERN DISTRICT OF MISSISSIPPI
**FILED**
FEB 28 2023
ARTHUR JOHNSTON
BY_____ DEPUTY

| | |
|---|---|
| COS O. DENHAM ) | Case No. __3:23cv149 CWR-LGI__ |
| ) | *(to be filled in by the Clerk's Office)* |
| *Plaintiff(s)* ) | |
| *(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* ) ) ) | Jury Trial: *(check one)* ☐ Yes ☐ No |
| -v- ) | |
| ) | |
| JOHN WATKINS, MATTHEW OLSEN ) | |
| ) | |
| *Defendant(s)* ) | |
| *(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* ) | |

## COMPLAINT FOR EMPLOYMENT DISCRIMINATION

I. **The Parties to This Complaint**

A. **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | COS O. DENHAM |
| Street Address | 318 NORTH ST. APT #1 |
| City and County | UNION, NESHOBA |
| State and Zip Code | MISSISSIPPI 39365 |
| Telephone Number | 6016974262 |
| E-mail Address | MR.SIPPI601@YAHOO.COM |

B. **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

Defendant No. 1

    Name                            JOHN WATKINS

    Job or Title *(if known)*      UNITED STATES NAVY RECRUITER

    Street Address

    City and County

    State and Zip Code

    Telephone Number       (601) 937-0005

    E-mail Address *(if known)*    john.h.watkins6.mil@us.navy.mil

Defendant No. 2

    Name                            MATTHEW OLSEN

    Job or Title *(if known)*      UNITED STATES NAVY RECRUITER

    Street Address

    City and County

    State and Zip Code

    Telephone Number       (601) 331-2965

    E-mail Address *(if known)*

Defendant No. 3

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Defendant No. 4

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

### C. Place of Employment

The address at which I sought employment or was employed by the defendant(s) is

> Name
> Street Address
> City and County
> State and Zip Code
> Telephone Number

## II. Basis for Jurisdiction

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

☐ Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

*(Note: In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐ Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

*(Note: In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

☑ Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

*(Note: In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☑ Other federal law *(specify the federal law)*:
**NO FEAR ACT**

☐ Relevant state law *(specify, if known)*:

☐ Relevant city or county law *(specify, if known)*:

I COS DENHAM AM AN APPLICANT OF THE US NAVY. I DO BELIEVE I HAVE SUFFERED DISCRIMINATION BECAUSE OF MY HAVING A HISTORY OF A DISABILITY "NOCTURNAL ENURESIS" FROM THE US NAVY RECRUITERS JOHN,WATKINS AND HIS SUPERVISOR MATTHEW OLSEN. I WAS DENIED A QUITE REASONABLE ACCOMMODATION FOR EMPLOYMENT, THE ACTUAL ONLINE APPLICATION ITSELF, I INQUIRED ABOUT THE ONLINE APPLICATION WITH JOHN WATKINS ON 10/27/2022 ASKING HIM ABOUT AN ONLINE PORTAL THAT HOUSES THE ACTUAL ONLINE APPLICATION VIA TEXT MESSAGE AND THE RECRUITER JOHN WATKINS STATED TO ME IN HIS RESPONDING TEXT MESSAGE ON 10/27/2022 THAT HE DOESN'T KNOW ANYTHING ABOUT ME HAVING ACCESS TO A PORTAL OR WHERE I GOT THAT INFORMATION FROM. ON THAT SAME DAY I INFORMED JOHN WATKINS THAT I WOULD POSSIBLY BE REPORTING THE SITUATION WHICH WAS ON 10/27/2022. I RECEIVED A WAIVER OF NAVY PHYSICAL STANDARD WAIVING RIGHTS TO A PHYSICAL READINESS TEST. ON 10/05/2022 I ASKED JOHN WATKINS WHAT WAS NEEDED OF MY PERSON IN ORDER TO GET TO MILITARY ENTRANCE PROCESSING STATION (MEPS) VIA TEXT MESSAGE, JOHN WATKINS RESPONDED ON 10/05/2022 THAT THE
(PRT) PHYSICAL READINESS TEST AND 3 REFERENCES WERE NEEDED. ON, 10/06/2022 JOHN WATKINS CONDUCTED A PHYSICAL READINESS OF MY PERSON CONSISTING OF A MILE AND A HALF RUN, PLANKS AND PUSH UPS. WHICH IS A DISCRIMINATION OF AN APPLICANT WITH A HISTORY OF A DISABILITY BECAUSE I HAD ALREADY RECEIVED A WAIVER OF THE PHYSICAL STANDARDS FROM NAVY RECRUITING COMMAND. JOHN WATKINS REQUIRED THE SAME TEST FOR A SECOND TIME ON 10/17/2022. ON 10/31/2022, I RECEIVED AN UNEXPECTED RETALIATORY TEXT MESSAGE FROM MATHEW OLSEN PLACING ME UNDER INCREASED SCRUTINY. ON THIS SAME DAY 10/31/2022 I REQUESTED ACCESS TO AN ONLINE APPLICATION FROM MATHEW OLSEN VIA TEXT MESSAGE WHO IN TURN STATES IN A RESPONDING TEXT MESSAGE ON 10/31/2022 THAT THEY DON'T DO ONLINE APPLICATIONS IT'S NOT A THING AT ALL. THAT STATEMENT DENIED ME REASONABLE ACCOMMODATION NEEDED NEEDED FOR EMPLOYMENT. ON 11/02/2022, I INQUIRED WITH MATTHEW OLSEN THE CONTENT OF MY WAIVER OF PHYSICAL STANDARD FROM NAVY RECRUITING COMMAND WHO IN TURN STATES IN A RESPONDING TEXT MESSAGE STATES THAT THE PHYSICAL READINESS TEST IS REQUIRED FOR A WAIVER OF MY RE ENLISTMENT CODE FORMING ANOTHER DISCRIMINATION OF AN APPLICANT WITH A HISTORY OF A DISABILITY. BECAUSE IT ISN'T STATED ON MY WAIVER TO PERFORM A PHYSICAL READINESS TEST.

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

- [ ] Failure to hire me.
- [ ] Termination of my employment.
- [ ] Failure to promote me.
- [ ] Failure to accommodate my disability.
- [x] Unequal terms and conditions of my employment.
- [x] Retaliation.
- [x] Other acts *(specify)*: DENIED REASONABLE ACCOMADATION

*(Note: Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)*

B. It is my best recollection that the alleged discriminatory acts occurred on date(s)
10/05/2022, 10/06/2022, 10/17/2022, 10/27/2022, 10/31/2022, 11/10/2022

C. I believe that defendant(s) *(check one)*:

- [ ] is/are still committing these acts against me.
- [x] is/are not still committing these acts against me.

D. Defendant(s) discriminated against me based on my *(check all that apply and explain)*:

- [ ] race
- [ ] color
- [ ] gender/sex
- [ ] religion
- [ ] national origin
- [ ] age *(year of birth)* _____ *(only when asserting a claim of age discrimination.)*
- [x] disability or perceived disability *(specify disability)*
  NOCTURNAL ENURESIS

E. The facts of my case are as follows. Attach additional pages if needed.

1. ON 10/5/2022, I RECEIVED A TEXT MESSAGE FROM JOHN WATKINS SAYING THAT THE PRT IS NEEDED ALONG WITH 3 REFERENCES.

2. ON 10/6/2022, JOHN WATKINS CONDUCTED A PHYSICAL READINESS TEST OF MY PHYSICAL READINESS. 1.5 MILE RUN, PUSH UPS, PLANKS.

3. ON 10/17/2022, JOHN WATKIS REQUIRED AND CONDUCTED ANOTHER PHYSICAL READINESS TEST OF MY PERSON.

4. ON 10/27/2022, JOHN WATKINS DENIES HAVING KNOWLEDGE OF THE NAVY RECRUITING PORTAL. DENYING ME AN ACCOMMODATION FOR EMPLOYMENT.

5. ON 10/31/2022, I RECEIVED A RETALIATORY TEXT MESSAGE FROM MATTHEW OLSEN. ON THIS DAY MATHEW OLSEN ALSO DENIED THE EXISTENCE OF AN ONLINE APPLICATION AFTER I REQUESTED ACCESS TO ONE.

6. ON 11/10/2022, I RECEIVED A TEXT MESSAGE FROM MATTHEW OLSEN IMPOSING THE PHYSICAL READINESS TEST ON ME.

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

**SEE ATTACHED.**

*(Note: As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)*

## IV. Exhaustion of Federal Administrative Remedies

A. It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*

B. The Equal Employment Opportunity Commission *(check one)*:

☐ has not issued a Notice of Right to Sue letter.

☐ issued a Notice of Right to Sue letter, which I received on *(date)*

*(Note: Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)*

C. Only litigants alleging age discrimination must answer this question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

☐ 60 days or more have elapsed.
☐ less than 60 days have elapsed.

## V. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

ATTACHED.

I COS O. DENHAM, ASK THE COURT TO AWARD ME $10,531,800,000 PUNITIVE PAYMENT. I DO BELIEVE THE UNITED STATES DEPARTMENT OF DEFENSE WILL TAKE FULL RESPONSIBILITY FOR IT'S SUBORDINATES. MY PUNITIVE CLAIM CONSIST OF A SIMPLE CALCULATION OF HOW MANY CIVILIAN EMPLOYEES AT 950,000 PLUS ACTIVE DUTY PERSONNEL AT 1,180,000 PLUS RESERVE PERSONNEL AT 795,955 TOTALING 2,925,955 DIVIDED BY 500 EQUALING 5,851.91 TIMES $300,000 EQUALING $1,755,300,000 TIMES 6 FOR EACH DISCRIMINATION OF AN APPLICANT WITH A HISTORY OF A DISABILITY AND RETALIATION EQUALING $10,531,800,000. THE DEFENDANT'S DISCRIMINATIONS WERE ONES OF INTENT. NAVY RECRUITERS ARE TRAINED TO A STANDARD AND THE NAVY RECRUITING PORTAL IS A COMMONLY USED TOOL SO I'M SURE THAT ALL NAVY RECRUITERS HAVE KNOWLEDGE OF IT AND AN ONLINE APPLICATION. ATTENTION TO DETAIL IS VERY IMPORTANT AND A MISINTERPRETATION OF MY WAIVER OF NAVY PHYSICAL STANDARD IS AT HAND. THE RECRUITERS ACTED WITH ACTUAL MALICE. I DO BELIEVE THAT I AM ENTITLED TO THIS PUNITIVE PAYMENT DUE TO A RECURRING DISCRIMINATORY PATTERN FROM THE UNITED STATES DEPARTMENT OF DEFENSE PERSONNEL AS EVIDENCED BY THE NEGLIGENCE OF BOTH RECRUITERS JOHN WATKINS AND MATTHEW OLSEN.

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

SEE ATTACHED.

## VI.  Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.  For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:        02/07/2023

Signature of Plaintiff      *[signature]*
Printed Name of Plaintiff   Cos ONEal Denham

### B.  For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address