IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

| | |
|---|---|
| **COS O. DENHAM**, *Plaintiff*, v. **US NAVY RECRUITER JOHN WATKINS, US NAVY RECRUITER MATTHEW OLSEN,** *Defendants*. | CAUSE NO. 3:23-CV-149-CWR-LGI |

## FINAL JUDGMENT

Having issued an Order granting the Defendant's *Motion to Dismiss* and denying the Plaintiff's *Motion for Leave to File Amended Complaint*, Docket No. 55, this Court finds that this cause should be dismissed and closed on the Court's docket. Accordingly,

**IT IS HEREBY ORDERED AND ADJUDGED** that this cause is dismissed with prejudice.

**SO ORDERED**, this the 16th day of April, 2024.

                                           s/ Carlton W. Reeves
                                           UNITED STATES DISTRICT JUDGE