IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**COS O. DENHAM**,

    *Plaintiff*,

v.

**US NAVY RECRUITER JOHN WATKINS, US NAVY RECRUITER MATTHEW OLSEN,**

    *Defendants*.

CAUSE NO. 3:23-CV-149-CWR-LGI

## ORDER

On January 10, 2025, this Court entered an Order denying Denham's request to reopen this case. *See* Docket No. 86. Since then, Denham has filed several pleadings and requests. He persists with his filings in this closed case and has submitted over a dozen documents in an attempt to relitigate his case. *See* Docket Nos. 87–101. Each is unavailing. Denham's employment discrimination claim has been dismissed, and his request for reconsideration has been denied. This remains a closed case. Therefore, the Court will terminate the pending motions. Denham is cautioned that future frivolous or repetitive filings may subject him to the appropriate sanctions. *See Carson v. Cain*, No. 3:23-CV-178-DPJ-RPM, 2025 WL 1900015, at *1 (S.D. Miss. July 9, 2025) ("Federal Rule of Civil [P]rocedure 11(b)(1) gives the Court discretion to issue sanctions for abusive litigation practices."); *see also Potts v. Texas*, 354 F. App'x 70, 71 (5th Cir. 2009).

**SO ORDERED**, this the 8th day of August, 2025.

                                                s/ Carlton W. Reeves
                                                UNITED STATES DISTRICT JUDGE