<u>Motion to settle</u>

<u>Final statement</u>

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
SEP 18 2025
ARTHUR JOHNSTON
BY                    DEPUTY

In the case 3:23-cv-149-CWR-LGI, being pro se plaintiff entitled whistleblower's protections provided by the congressional act itself (WPA) might I offer the court a bit of relief itself concerning the alarming claim for such a tremendous yet perfectly legal & legitimate pursuant to the U.S. Constitutions' 1st amendment, 14th amendment; I wish to remain a parent to my own children so a statement concerning parental guidance has to be made: " Pursuant to the (WPA), No Fear act I wish for the case to be settled as so with myself being awarded judgment in my favor when the claim was stated that the docket mentioned entails a story of unlawful termination and an on slot of retaliatory events proof of a discriminatory pattern of practice by the defendant employer United States to which I wish for my kids to never have to endure the tell of events such as those I myself endured over the past 10 years being a victim of employment discrimination turned United States whistleblower in need of witness protection. So I wish to settle this case with all the relief requested in the docket's most recent statements from myself in the amount of $96 quintillion dollars form of check mailed to me at 316 North st. union MS 39365 check made payable to Cos Oneal Denham, including promotion to paygrade O-10 also including all requested orders to be filled as requested and for the youth of the nation to be gently told in the most caring manner of a loving parent in my case a father to not worry about the whispers , to not fear the voices, to instill good faith, I also wish for an order to congress to update the (WPA) Whistleblower's Protection Act to protect and any invasions of privacy when it comes to the stereotype of the thinking mind, audio put forth in privacy to protect and deem any obtained imagery, audio or say, to be deemed a protected disclosure  and illegally obtained evidence in times of trial and error even in times of individual thinking to one's self. All to be summed up by one statement "A closed mouth doesn't get fed." To be placed within the whistleblower's blower's act as well as the No fear act. I wish for my base to be built and to be the Commander of the consort, making room for  new form of support for the EEO Right of myself and others including a major much needed updated to the EEO laws themselves. I wish for the judge to leave open this case until the end of my presidential term yet closing out the additional pleadings pursuant to Ms code 43-47-19 for fear of neglect, abuse and further exploitation pursuant to the WPA, No Fear act, and 5 usc 2302. Please place the order within the MS Treasury to support and instill clergy to work cases mentioning Denham v Watkins or United States to cover the expense of the American express credit card as previously litigated. Thank You.

**P.S. This is a class action lawsuit to which $15,000 is allotted to all participants pending the access to the treasury funds covering one credit for life,** *pursuant to MS code 43-47-19, 18 USC 241, WPA, 5 usc 2302, Rehabilitation act, Americans with disabilities act, 1st Amendment, 14th amendment, 5th amendment. This is a call for reform of the United States Government THUS the Rehabilitation of the United States as a country. Liberty and Justice for all.*

**P.S.S. this is not a doctrine but merely a form of pleading by myself Cos O. Denham to protect my children from future retaliatory employees or unknowing forms of employer thus the commencement of reform.**

<u>I rest my case.</u>

Pro Se Plaintiff

Cos O. Denham

316 North St. Union

Union MS 39365

9/15/2025