IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

| | |
|---|---|
| **COS O. DENHAM**, *Plaintiff*, *v.* **US NAVY RECRUITER JOHN WATKINS, US NAVY RECRUITER MATTHEW OLSEN,** *Defendants*. | CAUSE NO. 3:23-CV-149-CWR-LGI |

## ORDER

On August 8, 2025, this Court entered an Order terminating Cos Denham's motions in this closed case and cautioned him against future frivolous or repetitive filings. Docket No. 102. Since then, Denham has filed several letters and motions requesting various forms of relief. *See* Docket Nos. 103-108. As explained in this Court's previous order, this case is now closed and will not be reopened. *See* Docket No. 102. Denham is warned, again, that future filings in this matter may result in sanctions for his abusive litigation practices. Any relief he requests in his letters and motions is denied, as there is no pending case before this Court.

**SO ORDERED**, this the 29th day of September, 2025.

s/ Carlton W. Reeves
UNITED STATES DISTRICT JUDGE